# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

AMBER NICOLE JACQUEZ, as Personal
Representative of the estate of DOMINIQUE
ANN JACQUEZ,

       Plaintiff,

vs.                                     No. CIV 14-0299 JB/SCY

CONTINENTAL TIRE THE AMERICAS, LLC,

       Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Stipulated Order of Dismissal with Prejudice, filed September 30, 2014 (Doc. 31)("Order").  Having dismissed all of the Plaintiff's claims and case against Defendant Continental Tire the Americas, LLC, the Court now enters final judgment.

**IT IS ORDERED** that the Plaintiff's claims and case against Defendant Continental Tire the Americas, LLC, are dismissed, and final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

James B. Ragan
Law Offices of James B. Ragan
Corpus Christi, Texas

--and--

- 2 -

Gilbert Arrazolo
Arrazolo Law PC
Albuquerque, New Mexico

*Attorneys for the Plaintiff*

Anthony F. Latiolait
Jennifer K. Weinhold
Yoka & Smith, LLP
Los Angeles, California

--and--

Anna E. Indahl
Donald A. DeCandia
Modrall Sperling Roehl Harris & Sisk
Albuquerque, New Mexico

*Attorneys for the Defendant*